Copyrights-In-Suit for IP Address 67.186.128.223

**ISP:** Comcast Cable
**Location:** Clinton, CT

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Rub Me The Right Way Too | PENDING | 05/04/2016 | 05/24/2016 | 10/05/2016 |
| Good Morning Melissa | PENDING | 06/04/2016 | 06/08/2016 | 10/05/2016 |
| How Deep Is My Love Part #2 | PENDING | 08/04/2016 | 09/13/2016 | 10/05/2016 |
| Love Her Madly | PENDING | 08/13/2016 | 09/13/2016 | 10/05/2016 |
| The Ranch Hand | PENDING | 07/02/2016 | 07/08/2016 | 10/05/2016 |
| Caprice Swaps Cocks | PENDING | 09/17/2016 | 11/20/2016 | 10/05/2016 |
| A Fucking Hot Threesome | PA0001957700 | 08/07/2015 | 08/17/2015 | 08/22/2016 |
| The Artiste | PENDING | 05/28/2016 | 06/08/2016 | 07/09/2016 |
| Inside Caprice | PA0001990004 | 12/29/2015 | 01/18/2016 | 07/06/2016 |
| Xmas Cums Once A Year | PA0001987184 | 12/24/2015 | 01/18/2016 | 07/06/2016 |
| Black Widow | PA0001987183 | 12/25/2015 | 01/18/2016 | 07/06/2016 |
| Like The First Time | PA0001778844 | 02/29/2012 | 02/29/2012 | 07/05/2016 |
| In the Garden of Ecstasy | PENDING | 05/21/2016 | 05/24/2016 | 05/23/2016 |
| Tantalizing Fox | PENDING | 03/11/2016 | 04/13/2016 | 04/18/2016 |
| Come Fuck With Me | PENDING | 03/10/2016 | 04/13/2016 | 04/18/2016 |
| Tropical Sexcapades | PENDING | 03/18/2016 | 04/13/2016 | 04/18/2016 |
| These Girls Are On Fire | PENDING | 03/16/2016 | 04/13/2016 | 04/18/2016 |
| Four Play | PENDING | 03/25/2016 | 04/13/2016 | 04/18/2016 |
| Suds And Sex | PENDING | 03/03/2016 | 03/16/2016 | 04/18/2016 |
| Crush on Kush | PENDING | 03/29/2016 | 04/13/2016 | 04/18/2016 |
| Threesome With a View | PENDING | 04/15/2016 | 05/24/2016 | 04/18/2016 |

EXHIBIT B

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Czechmates | PENDING | 04/01/2016 | 04/13/2016 | 04/18/2016 |
| Twice as Nice | PENDING | 03/04/2016 | 03/16/2016 | 04/18/2016 |
| Loving It Hard And Deep | PENDING | 02/11/2016 | 03/16/2016 | 04/18/2016 |
| Nina Needs It Now | PENDING | 04/12/2016 | 05/24/2016 | 04/18/2016 |
| The Cock Teaser | PENDING | 02/29/2016 | 03/16/2016 | 04/18/2016 |
| Introducing Maya | PA0001928429 | 01/05/2015 | 01/19/2015 | 04/05/2016 |
| Two Cocks In Karla | PENDING | 02/24/2016 | 03/16/2016 | 03/20/2016 |
| Group Sex | PA0001892182 | 04/19/2014 | 04/29/2014 | 03/20/2016 |
| Seize The Moment | PA0001949371 | 06/20/2015 | 07/01/2015 | 03/20/2016 |
| Dressed to Thrill | PA0001973995 | 11/08/2015 | 11/16/2015 | 03/20/2016 |
| A Beautiful Place | PENDING | 02/07/2016 | 02/17/2016 | 03/20/2016 |
| Hot Chocolate | PA0001859657 | 07/11/2013 | 08/02/2013 | 03/20/2016 |
| A Thought of You Part 2 | PA0001895665 | 05/13/2014 | 05/16/2014 | 03/20/2016 |
| First Time | PA0001926092 | 12/13/2014 | 12/29/2014 | 03/20/2016 |
| Retro Romp | PA0001944203 | 05/14/2015 | 05/26/2015 | 03/20/2016 |
| Sex At The Office | PA0001990003 | 01/07/2016 | 01/18/2016 | 03/20/2016 |
| Be With Me | PA0001907574 | 07/21/2014 | 07/25/2014 | 03/18/2016 |
| Those Beautiful Lips | PA0001931478 | 02/05/2015 | 02/17/2015 | 03/18/2016 |
| Sexy Summer Camp | PA0001990002 | 01/09/2016 | 01/18/2016 | 03/18/2016 |
| Our Little Cum Cottage | PA0001914537 | 09/05/2014 | 09/17/2014 | 03/18/2016 |
| Sex Drive | PENDING | 01/22/2016 | 02/17/2016 | 03/18/2016 |
| Serving Seduction | PA0001916704 | 10/08/2014 | 10/09/2014 | 03/10/2016 |
| Cum In Get Wet | PA0001923948 | 11/26/2014 | 12/08/2014 | 03/10/2016 |
| East Meets West | PA0001926088 | 12/23/2014 | 12/29/2014 | 03/08/2016 |
| Enjoy the Ride | PA0001926086 | 12/18/2014 | 12/29/2014 | 03/08/2016 |

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Lovers Way | PA0001905141 | 06/21/2014 | 07/02/2014 | 03/08/2016 |
| Light My Fire | PA0001923961 | 11/28/2014 | 12/08/2014 | 03/08/2016 |
| Backstage | PA0001797943 | 07/17/2012 | 07/18/2012 | 03/08/2016 |
| Back For More | PA0001928427 | 12/31/2014 | 01/19/2015 | 03/08/2016 |
| Horsing Around | PENDING | 01/18/2016 | 02/17/2016 | 03/08/2016 |
| Luckiest Man Alive | PENDING | 02/04/2016 | 02/17/2016 | 03/08/2016 |
| All I Want for Christmas | PA0001986976 | 12/18/2015 | 01/18/2016 | 01/19/2016 |
| Never Better | PA0001926087 | 12/26/2014 | 12/29/2014 | 01/19/2016 |
| Domination Part Two | PA0001974001 | 11/24/2015 | 12/07/2015 | 01/19/2016 |
| Sparks | PA0001916039 | 09/24/2014 | 10/06/2014 | 01/19/2016 |
| Hot Winter Fox | PA0001974018 | 12/02/2015 | 01/18/2016 | 01/19/2016 |
| Marry Me | PA0001847650 | 05/25/2013 | 06/18/2013 | 01/18/2016 |
| Hot In Here | PA0001990001 | 01/14/2016 | 01/18/2016 | 01/18/2016 |
| Rock Me Baby | PA0001907592 | 07/19/2014 | 07/25/2014 | 12/21/2015 |
| Perfect Timing | PA0001895848 | 05/07/2014 | 05/16/2014 | 12/21/2015 |
| The Cabin And My Wood | PA0001973997 | 11/01/2015 | 11/16/2015 | 12/01/2015 |
| Two Fingers Deep | PA0001974014 | 11/05/2015 | 11/16/2015 | 11/30/2015 |
| Tiny Seductress | PA0001974011 | 11/20/2015 | 12/07/2015 | 11/22/2015 |
| Domination Part One | PA0001973999 | 10/26/2015 | 11/03/2015 | 11/12/2015 |
| Four Ways | PA0001914532 | 09/13/2014 | 09/16/2014 | 11/12/2015 |
| Surrender To Seduction | PA0001953367 | 07/17/2015 | 07/27/2015 | 11/12/2015 |
| Life In The Fast Lane | PA0001973340 | 09/22/2015 | 10/05/2015 | 10/18/2015 |
| An Erotic Encounter | PA0001965758 | 08/21/2015 | 08/26/2015 | 10/18/2015 |
| Bound By Desire | PA0001950760 | 07/02/2015 | 07/13/2015 | 10/18/2015 |
| Paint Me White | PA0001909785 | 08/24/2014 | 08/26/2014 | 10/18/2015 |

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Among The Wildflowers | PA0001954794 | 07/31/2015 | 08/03/2015 | 10/18/2015 |
| Taste Me | PA0001912773 | 08/27/2014 | 09/17/2014 | 10/18/2015 |
| Skin Tillating Sex For Three | PA0001973993 | 10/03/2015 | 11/03/2015 | 10/18/2015 |
| Are You Man Enough | PA0001950761 | 07/05/2015 | 07/13/2015 | 10/18/2015 |
| Highrise Rendezvous | PA0001908213 | 07/25/2014 | 07/31/2014 | 10/18/2015 |
| Catching The Sun | PA0001950762 | 07/09/2015 | 07/13/2015 | 10/18/2015 |
| Remembering Strawberry Wine | PA0001885184 | 03/11/2014 | 03/24/2014 | 10/18/2015 |
| Introducing Kennedy | PA0001965759 | 08/19/2015 | 08/26/2015 | 10/18/2015 |
| The Studio Part #2 | PA0001931476 | 01/28/2015 | 02/17/2015 | 10/18/2015 |
| Freckle Faced Fox | PA0001970454 | 09/18/2015 | 09/21/2015 | 10/18/2015 |
| Lisas Playroom | PA0001947091 | 06/13/2015 | 06/16/2015 | 10/18/2015 |
| Why I Love Czech Girls | PA0001922272 | 11/07/2014 | 11/14/2014 | 10/18/2015 |
| Spellbound | PA0001922954 | 11/15/2014 | 11/18/2014 | 10/18/2015 |
| Make Love To Me | PA0001970495 | 09/16/2015 | 09/21/2015 | 10/18/2015 |
| Season of Love | PA0001877252 | 01/18/2014 | 01/26/2014 | 10/18/2015 |
| Good Night Kiss | PA0001872970 | 12/08/2013 | 12/11/2013 | 10/18/2015 |
| Deepest Desires | PA0001935110 | 02/26/2015 | 03/11/2015 | 10/18/2015 |
| My Blue Heaven | PA0001967077 | 09/05/2015 | 09/07/2015 | 10/18/2015 |
| Fucking Ballerinas | PA0001928404 | 01/17/2015 | 01/19/2015 | 10/18/2015 |
| Maddy Me Crazy | PA0001949367 | 06/28/2015 | 07/01/2015 | 10/17/2015 |
| Lovers Lane | PA0001958622 | 08/14/2015 | 08/18/2015 | 10/17/2015 |
| California Surf Fever | PA0001953953 | 07/23/2015 | 07/29/2015 | 10/09/2015 |
| A Fucking Picnic | PA0001970487 | 09/12/2015 | 09/21/2015 | 10/09/2015 |
| Puffy Nipple Lovers | PA0001973341 | 09/28/2015 | 10/05/2015 | 10/09/2015 |
| Every Mans Sexy Camping Trip | PA0001967079 | 08/28/2015 | 09/07/2015 | 10/09/2015 |

EXHIBIT B

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Deep Awakening | PA0001949368 | 06/24/2015 | 07/01/2015 | 10/07/2015 |
| Infinite Luvv | PA0001958606 | 08/12/2015 | 08/18/2015 | 10/07/2015 |
| Rub Me The Right Way | PA0001949366 | 06/17/2015 | 07/01/2015 | 10/07/2015 |
| Black On White | PA0001909489 | 08/07/2014 | 08/26/2014 | 08/24/2015 |
| Get Wild at Home | PA0001877470 | 01/22/2014 | 01/31/2014 | 08/20/2015 |
| A Romp At The Ranch | PA0001953952 | 07/28/2015 | 07/29/2015 | 08/20/2015 |
| Me Myself And I | PA0001933686 | 02/23/2015 | 03/03/2015 | 08/19/2015 |
| UnBREElievable | PA0001938830 | 03/28/2015 | 04/06/2015 | 08/19/2015 |
| Cum Inside the Fantasy Suite | PA0001942000 | 05/02/2015 | 05/06/2015 | 08/19/2015 |
| Selfie Love | PA0001935106 | 03/09/2015 | 03/11/2015 | 08/19/2015 |
| Dripping Pleasures | PA0001941285 | 04/24/2015 | 04/27/2015 | 08/19/2015 |
| Take Me Now | PA0001937380 | 03/24/2015 | 04/03/2015 | 08/18/2015 |
| Make Up Sex | PA0001938771 | 04/03/2015 | 04/06/2015 | 08/18/2015 |
| So Cute | PA0001929802 | 01/25/2015 | 01/28/2015 | 08/18/2015 |
| Fascination With My Body | PA0001885189 | 03/17/2014 | 03/24/2014 | 08/18/2015 |
| Do Not Keep Me Waiting Part #2 | PA0001941284 | 04/18/2015 | 04/27/2015 | 08/12/2015 |
| Little China Girl | PA0001944199 | 05/19/2015 | 05/26/2015 | 08/12/2015 |
| Do Not Keep Me Waiting Part #1 | PA0001941283 | 04/14/2015 | 04/27/2015 | 08/12/2015 |
| Capture Me | PA0001944202 | 05/16/2015 | 05/26/2015 | 08/12/2015 |
| Above The Air | PA0001944200 | 05/21/2015 | 05/26/2015 | 08/12/2015 |
| Girls Just Want To Have Fun | PA0001947090 | 06/11/2015 | 06/16/2015 | 08/03/2015 |
| Twice The Fun | PA0001937381 | 03/19/2015 | 04/03/2015 | 08/03/2015 |
| Tight Ass Teen | PA0001938748 | 04/01/2015 | 04/06/2015 | 08/03/2015 |
| Midnight Passion | PA0001933685 | 02/20/2015 | 03/03/2015 | 08/03/2015 |

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Little Play Thing | PA0001940597 | 04/10/2015 | 04/20/2015 | 08/03/2015 |
| Competition | PA0001932116 | 02/07/2015 | 02/17/2015 | 08/02/2015 |
| Tie Her Up For Me | PA0001906551 | 07/03/2014 | 07/14/2014 | 08/02/2015 |
| Deep Down In Me | PA0001922955 | 11/13/2014 | 11/18/2014 | 08/02/2015 |
| Bring Me To My Knees | PA0001932106 | 02/15/2015 | 02/17/2015 | 08/02/2015 |
| Hippie Chic | PA0001946189 | 05/29/2015 | 06/16/2015 | 07/26/2015 |
| Happy Birthday Capri | PA0001846087 | 05/24/2013 | 06/17/2013 | 07/22/2015 |
| In Bed With Me | PA0001935101 | 03/01/2015 | 03/11/2015 | 05/29/2015 |
| Intimate Experience | PA0001847657 | 06/10/2013 | 06/18/2013 | 05/29/2015 |
| Cum Worthy | PA0001936474 | 03/13/2015 | 03/23/2015 | 05/28/2015 |
| Red Hot and Ready | PA0001935104 | 03/03/2015 | 03/11/2015 | 05/28/2015 |
| She Is On Fire | PA0001936476 | 03/11/2015 | 03/23/2015 | 05/28/2015 |
| Sweetest Dreams | PA0001820194 | 01/04/2013 | 01/08/2013 | 05/28/2015 |
| Sweet Surrender | PA0001884861 | 03/23/2014 | 03/26/2014 | 05/28/2015 |
| Fun For Three | PA0001914731 | 09/19/2014 | 09/22/2014 | 05/28/2015 |
| So Beautiful | PA0001868919 | 11/11/2013 | 11/13/2013 | 05/28/2015 |
| My Days in Rome | PA0001886187 | 03/28/2014 | 04/02/2014 | 05/28/2015 |
| Take Your Picture | PA0001942863 | 05/09/2015 | 05/15/2015 | 05/25/2015 |
| In The Mirror | PA0001932118 | 02/09/2015 | 02/17/2015 | 05/25/2015 |
| Best Friends With Benefits | PA0001935102 | 03/07/2015 | 03/11/2015 | 05/17/2015 |
| Afterthoughts | PA0001909479 | 08/10/2014 | 08/19/2014 | 04/20/2015 |
| Double Tease | PA0001892183 | 04/17/2014 | 04/29/2014 | 03/22/2015 |
| This Really Happened | PA0001860970 | 08/03/2013 | 09/01/2013 | 03/22/2015 |
| Maybe Yes | PA0001931475 | 01/31/2015 | 02/17/2015 | 03/16/2015 |
| Barely Fits | PA0001928412 | 01/03/2015 | 01/19/2015 | 03/16/2015 |

EXHIBIT B

CT36

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Cut Once More Please | PA0001905491 | 07/01/2014 | 07/02/2014 | 03/16/2015 |
| Epic Love | PA0001898091 | 05/25/2014 | 06/06/2014 | 03/16/2015 |
| Awe Inspiring Orgy | PA0001917712 | 10/11/2014 | 10/19/2014 | 03/16/2015 |
| Tease Me Please Me | PA0001926095 | 12/20/2014 | 12/29/2014 | 03/16/2015 |
| Arrest Me | PA0001871941 | 11/25/2013 | 11/29/2013 | 03/11/2015 |
| Strawberry Morning | PA0001926089 | 12/27/2014 | 12/29/2014 | 02/14/2015 |
| Tight and Wet | PA0001923176 | 11/19/2014 | 11/23/2014 | 02/14/2015 |
| I Am In the Mood | PA0001880672 | 02/25/2014 | 02/27/2014 | 02/14/2015 |
| Fuck Me More | PA0001923957 | 11/22/2014 | 12/08/2014 | 02/14/2015 |
| I Want You To Want Me | PA0001925335 | 12/06/2014 | 12/10/2014 | 02/14/2015 |
| Still Mine | PA0001925346 | 12/04/2014 | 12/10/2014 | 02/14/2015 |
| Enjoy My Backdoor | PA0001904149 | 06/13/2014 | 06/19/2014 | 02/14/2015 |
| Pretty Pink | PA0001916055 | 10/02/2014 | 10/06/2014 | 02/14/2015 |
| Warm and Fuzzy | PA0001872753 | 12/12/2013 | 12/15/2013 | 02/14/2015 |
| Blonde Perfection | PA0001926061 | 12/10/2014 | 12/29/2014 | 02/14/2015 |
| Fucking Goddesses | PA0001916051 | 09/30/2014 | 10/06/2014 | 02/14/2015 |
| Yoga Master and Student | PA0001822651 | 01/18/2013 | 01/27/2013 | 02/14/2015 |
| Summertime | PA0001922274 | 11/09/2014 | 11/14/2014 | 02/13/2015 |
| Exposed And Aroused | PA0001921293 | 11/01/2014 | 11/06/2014 | 12/03/2014 |
| Lisas Hidden Cam | PA0001914534 | 09/11/2014 | 09/16/2014 | 11/28/2014 |
| Do Me Darling | PA0001921297 | 10/24/2014 | 11/06/2014 | 11/25/2014 |
| Chloe Loves Carl Part 2 | PA0001906561 | 07/05/2014 | 07/14/2014 | 11/25/2014 |
| Wake Me Up Like This | PA0001862289 | 09/01/2013 | 09/08/2013 | 11/25/2014 |
| Sunset Memories | PA0001921296 | 10/31/2014 | 11/06/2014 | 11/25/2014 |
| I Want You To Watch Me | PA0001892179 | 04/23/2014 | 04/29/2014 | 11/12/2014 |

EXHIBIT B

CT36

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Summertime Lunch | PA0001907078 | 07/11/2014 | 07/25/2014 | 10/28/2014 |
| A Cloudy Hot Day | PA0001918790 | 10/19/2014 | 10/22/2014 | 10/27/2014 |
| Dripping Desires | PA0001918737 | 10/17/2014 | 10/22/2014 | 10/27/2014 |
| Sweet Awakening | PA0001907077 | 07/09/2014 | 07/27/2014 | 10/18/2014 |
| Up Close and Personal | PA0001859653 | 07/21/2013 | 08/01/2013 | 10/18/2014 |
| Sexy In The City | PA0001905511 | 06/27/2014 | 07/02/2014 | 10/17/2014 |
| Kacey Jordan Does Xart | PA0001916065 | 10/04/2014 | 10/06/2014 | 10/16/2014 |
| Spanish Heat | PA0001917709 | 10/13/2014 | 10/19/2014 | 10/16/2014 |
| Nice And Slow | PA0001916038 | 09/28/2014 | 10/06/2014 | 10/16/2014 |
| Happy Couple | PA0001794461 | 06/25/2012 | 06/25/2012 | 10/16/2014 |
| Party Boat | PA0001862485 | 09/15/2013 | 09/18/2013 | 10/15/2014 |
| Little Lover | PA0001794976 | 04/30/2012 | 05/02/2012 | 10/15/2014 |
| Much Needed Vacation | PA0001866083 | 10/21/2013 | 10/21/2013 | 10/15/2014 |
| The Rich Girl Part #2 | PA0001762808 | 11/16/2011 | 11/30/2011 | 10/04/2014 |
| Shes A Spinner | PA0001914521 | 09/03/2014 | 09/17/2014 | 10/03/2014 |
| Grow Up With Me | PA0001866185 | 10/17/2013 | 10/19/2013 | 09/11/2014 |
| Newlyweds | PA0001859662 | 07/04/2013 | 07/26/2013 | 09/11/2014 |
| Give Me More | PA0001904311 | 06/17/2014 | 06/24/2014 | 09/09/2014 |
| One Night Stand | PA0001794973 | 05/02/2012 | 05/02/2012 | 09/09/2014 |
| Yoga in the Sky | PA0001794715 | 06/27/2012 | 06/29/2012 | 09/09/2014 |
| Blonde Ambition | PA0001779796 | 03/05/2012 | 03/06/2012 | 09/09/2014 |
| A Thought Of You | PA0001907104 | 07/13/2014 | 07/25/2014 | 09/09/2014 |
| Breakfast in Bed | PA0001787253 | 04/16/2012 | 04/17/2012 | 09/09/2014 |
| Angel Seaside Romp | PA0001771528 | 01/04/2012 | 01/06/2012 | 09/09/2014 |
| Tarde Espanola | PA0001815345 | 11/02/2012 | 11/19/2012 | 09/09/2014 |

EXHIBIT B

CT36

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Floating Emotions | PA0001887126 | 04/05/2014 | 04/07/2014 | 09/09/2014 |
| All Tied Up | PA0001866077 | 10/19/2013 | 10/21/2013 | 09/05/2014 |
| Aspirations | PA0001834669 | 04/10/2013 | 04/12/2013 | 09/04/2014 |
| Come Inside From the Cold | PA0001862484 | 09/12/2013 | 09/18/2013 | 09/04/2014 |
| My Naughty Girl | PA0001868094 | 10/28/2013 | 11/01/2013 | 09/03/2014 |
| Unforgettable View #2 | PA0001817765 | 12/13/2012 | 12/16/2012 | 08/24/2014 |
| Lonesome Without You | PA0001887108 | 04/03/2014 | 04/07/2014 | 08/24/2014 |
| No Turning Back Part #2 | PA0001874525 | 12/27/2013 | 12/30/2013 | 08/24/2014 |
| Any And All For You | PA0001908677 | 08/02/2014 | 08/11/2014 | 08/12/2014 |
| Yours Forever | PA0001907573 | 07/15/2014 | 07/25/2014 | 08/11/2014 |
| Apartment Number Four | PA0001835954 | 04/07/2013 | 04/29/2013 | 08/08/2014 |
| Give Me More Part 2 | PA0001905479 | 06/29/2014 | 07/02/2014 | 08/07/2014 |
| Dangerous Game | PA0001810505 | 10/10/2012 | 10/14/2012 | 08/07/2014 |
| A Love Story | PA0001819296 | 12/18/2012 | 12/31/2012 | 08/07/2014 |
| Making Music | PA0001883769 | 03/07/2014 | 03/22/2014 | 06/11/2014 |
| Two By Two | PA0001898093 | 05/23/2014 | 06/06/2014 | 06/06/2014 |
| First and Forever | PA0001863112 | 09/21/2013 | 09/23/2013 | 06/06/2014 |
| Just Watch | PA0001898092 | 05/22/2014 | 06/06/2014 | 06/02/2014 |
| Meet My Lover From Austria | PA0001898094 | 05/17/2014 | 06/06/2014 | 05/30/2014 |
| Just Watch Part 2 | PA0001902964 | 05/27/2014 | 06/06/2014 | 05/29/2014 |
| Tantric Massage | PA0001892180 | 04/25/2014 | 04/29/2014 | 05/27/2014 |
| Snow White and the Prince | PA0001846095 | 05/22/2013 | 06/17/2013 | 05/23/2014 |
| Brazilian Love Affair | PA0001895095 | 05/03/2014 | 05/12/2014 | 05/23/2014 |
| Late for Work | PA0001833360 | 03/15/2013 | 04/12/2013 | 05/23/2014 |
| Introducing Kiki | PA0001860965 | 08/11/2013 | 09/08/2013 | 05/14/2014 |

EXHIBIT B

CT36

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Black and White | PA0001831226 | 02/22/2013 | 03/07/2013 | 05/14/2014 |
| Unveiling Part #1 | PA0001863105 | 09/19/2013 | 09/23/2013 | 05/14/2014 |
| Erotic Stretching and Sex | PA0001862293 | 09/08/2013 | 09/08/2013 | 05/14/2014 |
| Falling For You | PA0001846097 | 05/14/2013 | 06/16/2013 | 05/07/2014 |
| Model Couple on Vacation | PA0001874613 | 12/17/2013 | 12/26/2013 | 04/13/2014 |
| Truth or Dare | PA0001846099 | 05/16/2013 | 06/30/2013 | 04/13/2014 |
| Love with a View | PA0001863369 | 09/25/2013 | 09/27/2013 | 04/13/2014 |
| Awakening | PA0001868806 | 11/09/2013 | 11/10/2013 | 04/13/2014 |
| Santas Little Helper | PA0001874520 | 12/23/2013 | 12/30/2013 | 04/13/2014 |
| Morning Tryst | PA0001800355 | 07/24/2012 | 07/25/2012 | 04/10/2014 |

**Total Malibu Media, LLC Copyrights Infringed:  230**

EXHIBIT B

CT36